## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| John T. Juskowich and<br>Nancy Albanese,<br>              Appellants<br><br>      v.<br><br>Washington Township Zoning<br>Hearing Board, Greene County,<br>Pennsylvania | :<br>:<br>:<br>:<br>:   No. 536 C.D. 2016<br>:<br>:<br>:<br>: |

## **O R D E R**

NOW, June 19, 2017, having considered appellants' application for reargument and appellee EQT Production Company's answer in response thereto, the application is denied.

<br>

                                                        

MARY HANNAH LEAVITT,
President Judge